|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff, | )<br>)<br>)<br>) | |
| v. | ) | **JUDGMENT** |
| A 2007 AUDI Q7 AUTOMOBILE<br>VIN: WA1AV74L37D025409, AND<br>ANY AND ALL PROCEEDS FROM<br>THE SALE OF SAID PROPERTY,<br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) | No. 5:09-CV-554-D |

**Decision by Court.**

    **IT IS ORDERED, ADJUDGED AND DECREED THAT**:

1. Default judgment be and the same is hereby entered against the defendant;

2. All persons claiming any right, title, or interest in or to the said defendant are held in default;

3. The defendant is forfeited to the United States of America; and

4. The United States Marshal is hereby directed to dispose of the defendant according to law.

    **This Judgment Filed and Entered on July 12, 2010, and Copies To:**
Stephen A. West (Via CM/ECF Notice of Electronic Filing)


| | |
|---|---|
| July 12, 2010<br>Date | DENNIS P. IAVARONE, Clerk<br>Eastern District of North Carolina<br>/s/ Debby Sawyer<br>(By) Deputy Clerk |
| Raleigh, North Carolina | |